IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01286-ZLW

NICHOLAS R. BOYD,

    Plaintiff,

v.

JOHN D. FERGUSON,
RICHARD HEAD (true name unknown),
JAMES KEITH,
DONICE NEAL,
JOSEPH ORTIZ,
LISA PALOMINO, and
JEANNE M. SMITH,

    Defendants.

## ORDER

Plaintiff has filed *pro se* on November 15, 2005, "Plaintiff's Motion for Certification of the Issue to be Appealed" and "Plaintiff's Motion for Enlargement of Time to File Notice of Appeal and Notice of Appeal and Petition for Permission to Appeal Subsequent to an Order on the Plaintiff's Motion for Certification of Appealability or in the Alternative to Supplement the Notice and Petition." Plaintiff asks the Court to certify that the order dismissing this action is appealable and he seeks an extension of time to file a notice of appeal. "Plaintiff's Motion for Certification of the Issue to be Appealed" will be denied because no certification is necessary. The motion for an extension of time will be granted.

Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, a notice of appeal in a civil case must be filed with the clerk of the district court within thirty days after the judgment or order appealed from is entered. Pursuant to Rule 4(a)(5)(A), the district court may extend the time to file a notice of appeal if the party

moves for an extension of time within thirty days after the time provided in Rule 4(a) and the party shows excusable neglect or good cause. Plaintiff seeks an extension of time because he mistakenly believes that he must obtain certification of the issue to be appealed.

The Court dismissed the instant action in an order filed on September 29, 2005. On October 24, 2005, the Court denied Plaintiff's timely motion to alter or amend the judgment filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. The Court finds that Plaintiff's motion for an extension of time to file a notice of appeal filed on November 15 is timely and that he has shown good cause for an extension of time to file a notice of appeal. Therefore, the motion will be granted and the time for filing a notice of appeal will be extended until December 23, 2005. *See* Fed. R. App. P. 4(a)(5)(C). Accordingly, it is

ORDERED that "Plaintiff's Motion for Certification of the Issue to be Appealed" filed on November 15, 2005, is denied as unnecessary. It is

FURTHER ORDERED that "Plaintiff's Motion for Enlargement of Time to File Notice of Appeal and Notice of Appeal and Petition for Permission to Appeal Subsequent to an Order on the Plaintiff's Motion for Certification of Appealability or in the Alternative to Supplement the Notice and Petition" filed on November 15, 2005, is granted. It is

FURTHER ORDERED that the time for filing a notice of appeal in this action is extended until December 23, 2005.

DATED at Denver, Colorado, this 28 day of November, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01286-OES

Nicholas R. Boyd
Prisoner No. 53800
Rifle Corr. Center – South Unit
0200 Co. Rd. 219
Rifle, CO 81650-9530

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _12-1-05_

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk