IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 2 - 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01286-ZLW

NICHOLAS R. BOYD,

    Plaintiff,

v.

JOHN D. FERGUSON,
RICHARD HEAD (true name unknown),
JAMES KEITH,
DONICE NEAL,
JOSEPH ORTIZ,
LISA PALOMINO, and
JEANNE M. SMITH,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

"Plaintiff's Motion for Adequate Law Library Use – Typewriter Use" filed on November 25, 2005, is DENIED.

Dated: December 2, 2005

Copies of this Minute Order mailed on December 2, 2005, to the following:

Nick Boyd
Prisoner No. 53800
RCC South Unit
200 Co Rd 219
Rifle, CO 81650

Secretary/Deputy Clerk